## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas P. Gannon and Daniel King     :
    :     **CASES CONSOLIDATED**
v.     :
    :     No. 1334 C.D. 2019
Riverwatch Condominium Owners     :     No. 1335 C.D. 2019
Association     :
    :
Appeal of: Thomas P. Gannon     :

**PER CURIAM**             **O R D E R**

NOW, December 18, 2020, upon consideration of Appellant's application for reconsideration, the application is denied.